JJD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

DEJVID MIRKOVIC and
JOSEPH ROMANO,

       Defendants.

- - - - - - - - - - - - - - - - - -X

UNSEALING ORDER

Magistrate No. 12-929

EASTERN DISTRICT OF NEW YORK, SS:

    Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney John J. Durham, the government requests an order unsealing the Affidavit in Support of Application for Arrest Warrants and the arrest warrants in connection with the above-captioned matter, which had been previously filed under seal on October 5, 2012.

Dated:   Central Islip, New York
          October 9, 2012

                                   HON. GARY R. BROWN
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 09 2012 ★
LONG ISLAND OFFICE