UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                        Cr. No.  12-691 (JFK)

JOSEPH ROMANO and
DEJVID MIRKOVIC,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## GOVERNMENT'S MOTION FOR AN ANONYMOUS JURY AND OTHER RELATED PROTECTIVE MEASURES

The United States of America, by its undersigned attorneys, respectfully moves the Court for an order that:

(1) the names, addresses and places of employment of members of both the <u>venire</u> and <u>petit</u> juries not be revealed;

(2) the jurors be kept together during recesses and taken or provided lunch as a group each day during trial; and

(3) the jurors be escorted to and from the courthouse each day during trial in a manner to be arranged by the United States Marshals Service.

Dated: Brooklyn, New York
February 19, 2013

                              Respectfully submitted,

                              ERIC H. HOLDER, JR.
Attorney General of the United States
WILLIAM J. HOCHUL, JR.
United States Attorney
Western District of New York

By:   /s/ Marshall L. Miller
       Marshall L. Miller
       Una A. Dean
       Assistant U.S. Attorneys
       (718) 254-6421/6473

cc:    Clerk of Court (JFK) (by ECF)
       Joseph Kilada, Esq. (counsel to defendant Romano) (by ECF)
       Susan Kellman, Esq. (counsel to defendant Mirkovic) (by ECF)