*Law Offices of*
*Susan G. Kollman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-3800
Telefax: (718) 783-8885

e-mail: kollmanesq@aol.com

*Fellow American College*
*Of Trial Lawyers*

RECEIVED
JUN 25 2013

June 25, 2013

**VIA ECF and REGULAR MAIL**
Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: U.S. v. Dejvid Mirkovic
12 Cr. 691 (JFK)

Dear Judge Keenan:

Counsel was appointed to represent Mr. Mirkovic in connection with the above-referenced matter, pursuant to the Criminal Justice Act. Currently, Mr. Mirkovic is scheduled to be sentenced on July 9, 2013, and I write to request an adjournment of Mr. Mirkovic's sentencing date.

In light of the very serious nature of the charges, we have reached out to family and friends with the hope that a collection of letters from the people who know our client best, will help the Court to get a fuller picture of the way that Dejvid Mirkovic lived his life prior to his relationship with his co-defendant – as a loving son, husband and father, a decorated U.S. Marine and a hard working man who provided for his family. Since the process of collecting the letters has taken more time than expected, we respectfully request an adjourned date in late July or early August.

Government counsel has no objection to this request for additional time.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: AUSA Marshall Miller, Chief

AUSA Una Dean

Dejvid Mirkovic

```
The sentence is adjourned to August 1, 2013 at
3:00 p.m.  This is the final adjournment.

SO ORDERED.
Dated:  New York, N.Y.
        June 25, 2013
```

s/John F. Keenan

_____
U.S.D.J.