

North Palm Beach: 660 U.S Highway One, 3rd Floor. N. Palm Beach, FL 33408
Palm Beach: 249 Royal Palm Way, Suite 301A. Palm Beach, FL 33480
561.627.8100   561.622.7603   haileshaw.com

June 13, 2016

**VIA FEDEX : Courtesy Copy/Original filed by ECF**

The Honorable John F. Keenan
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   USA v. Romano, et al. - Case No.:  12-cr-691/Request for Leave to Obtain and Review Documents Under Seal/Not Available to the Public Through PACER

Dear Judge Keenan:

This law firm represents Megan Slattery, the ex-wife of the Defendant Dejvid Mirkovic, in the above named matter, in a termination of parental rights case pending in the 15th Judicial Circuit, in and for Palm Beach County, Florida; case number 2016DP000092.  The termination of parental rights case is specially set for trial on August 25 and 26, 2016.

In accordance with the Court's Individual Rules, Local Rule 7.1(d), this letter serves as a request for leave to obtain and review documents under seal/not available to the public through PACER.

Defendant, Dejvid Mirkovic, filed a letter motion for reduction of his sentence [DE191] and the Court ordered the Government file a statement of its position on the modification of Defendant's sentence. The Government filed its statement on April 11, 2016 [DE195] under seal ("Government's Response").

As mentioned above, Ms. Slattery has filed a termination of parental rights proceeding and believes the Government's Response in the criminal proceeding is relevant to the termination of parental rights proceeding.  On May 19, 2016, at the advisory hearing in the termination of parental rights case, Defendant Mirkovic's attorney stated in open court that he believed that his client might be released from prison in as soon as three (3) years.  The release date of Defendant Mirkovic is a material issue of fact in the termination case.

**EXPERIENCE. RELIABILITY. RESULTS.**

CORPORATE - BUSINESS LAW    LITIGATION    WILLS, TRUSTS & ESTATES    APPELLATE    REAL ESTATE & FINANCE    EMPLOYMENT
S572.001/00408001 v1

HAILE SHAW & PFAFFENBERGER
ATTORNEYS AT LAW

The Honorable John F. Keenan
United States District Judge
June 13, 2016
Page 2

In light of the Defendant's request for a reduction in his sentence and Ms. Slattery's petition to terminate the Defendant's parental rights, Ms. Slattery respectfully requests leave to obtain and review the Government's Response [DE195] filed under seal/not available to the public through PACER.

Respectfully submitted,

HAILE, SHAW & PFAFFENBERGER, P.A.

By: _____
Gary A. Woodfield

GAW/JAQ/yv

Enclosures

cc:   Una Dean, Esq. (By Fax - 718-254-6076)
      Dejvid Mirkovic (By US Mail)

EXPERIENCE. RELIABILITY. RESULTS.
CORPORATE - BUSINESS LAW    LITIGATION    WILLS, TRUSTS & ESTATES    APPELLATE    REAL ESTATE & FINANCE    EMPLOYMENT
S572.001/00408001 v1

IN THE CIRCUIT COURT, JUVENILE DIVISION

Name: SLATTERY, MICHAEL    Case #: 2016DP000092-JM    9:09
Date: ~~3/23/2016~~ 5-18-16    Judge: VOLKER    Clerk: D52
Event: PCA - PC ADVISORY HEARING

PRESENT: (✓) CLS ( ) CINS/FINS ATTY ( ) CASEWORKER ( ) GAL ( ) GAL ATTY ( ) JAP ATTY
(✓) ATTY-MOM  Quick    ( ) ATTY-DAD _____
(✓) ATTY-DAD  Sieklund (via phone)    (✓) Mother ( ) Father
( ) Child ( ) Interpreter ( ) Other: _____
( ) Appt. Atty-Mother    ( ) Appt. Atty-Father
( ) Appt. Atty-Father    ( ) Atty Waived for

ARRAIGNMENT/SHELTER:

( ) P/C Found ( ) No P/C Found ( ) GAL Appt./Discharge ( ) Parent(s) Sworn ( ) Child Sworn
( ) Charges Read ( ) Mother/Father Failed To Appear ( ) Father Admit / Deny / Consent
( ) Mother Admit / Deny / Consent
( ) Mother / Father Incarcerated ( ) Voluntary Surrender - Mom / Dad

INFORMATION ORDERED ( ) Mediation ( ) Psychological Evaluation on _____
Order To Show Cause On _____ ( ) Case Dismissed - Mom / Dad
( ) Order to take into Custody ( ) Cancel Order to take into Custody ( ) PDS Recomm. Approved
( ) Transfer Supervision / Jurisdiction / Disposition to: _____

CINS/FINS: ( ) Adjudication ( ) W-Held Adjudication ( ) DJJ To Prepare Order

ORDERED:    MOTHER / FATHER
MOTHER / FATHER    ( ) ( ) W-Held Adjudication
( ) ( ) Adjudication    ( ) ( ) Shall appear at next hearing
( ) ( ) Case Plan Approved    ( ) ( ) Term. Parental Rights
( ) ( ) Home Study
Def./State Motion to _____ Granted / Denied / Reserved / W-Drawn

TP NOTICE
( ) Arr/Mom/Dad ( ) Cal Call/Mom/Dad (✓) Trial/Mom/Dad ( ) Case Plan Approval/Mom/Dad
( ) Disposition/Mom/Dad ( ) Jud. Review ( ) Status Check on _____
( ) Motion
Trial★ SET ON  8-25-16  AT  9:00  AM/PM RM Main-Fl  Senior
       SET ON  8-26-16  AT  9:00  AM/PM RM Main-Fl  Judge  2 days
2A (Main Branch) MB, 205 N. Dixie Highway West Palm Beach FL 33401
PARENT/GUARDIAN M. Slattery    Atty
Pretrial★ 8-3-16    9:00 Am  2A (mom excused)

DEPENDENCY Failure to personally appear at the arraignment hearing or dependency trial constitutes consent to the adjudication of this child(ren) as to dependent child(ren) and may ultimately result in loss of custody of this child(ren)

TERMINATION Failure to personally appear at the advisory hearing or termination of parental rights trial constitutes consent to termination of parental rights of the child(ren). If you fail to personally appear on the date and time specified, you may lose all legal rights as a parent to the child(ren).